GILBERT *vs.* MANCHESTER IRON MANUFACTURING COMPANY.

A party relieved on payment of costs, has the same time after a demand of a
taxed bill to pay the costs, which he had at the time of such demand.

May.

IN this case the court decided that a party relieved from a default on payment of costs, demanding a taxed bill, has the same number of days after such demand of a taxed bill to pay the costs that he had at the time of the demand.